```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 27402
   FRANK MICHAEL WILLIAMS
   DEBORAH DENISE WIILIAMS                  CHAPTER 13

                                            JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-4216    SSN XXX-XX-2849


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/11/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/10/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
NOVASTAR                   CURRENT MORTG   32759.62          .00        32759.62
PIERCE & ASSOC             NOTICE ONLY    NOT FILED          .00             .00
NOVASTAR                   MORTGAGE ARRE   21841.54          .00        13402.29
PIERCE & ASSOC             NOTICE ONLY    NOT FILED          .00             .00
ALEXIAN BROTHERS MED CEN   UNSECURED      NOT FILED          .00             .00
ALEXIAN BROTHERS MED CEN   UNSECURED      NOT FILED          .00             .00
ALEXIAN BROTHERS MED CEN   UNSECURED      NOT FILED          .00             .00
AMCA                       UNSECURED      NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED          .00             .00
CBCS                       NOTICE ONLY    NOT FILED          .00             .00
BONAVENTURE MEDICAL        UNSECURED        1358.82          .00             .00
BONAVENTURE MEDICAL        UNSECURED      NOT FILED          .00             .00
BONAVENTURE MEDICAL        UNSECURED      NOT FILED          .00             .00
BONAVENTURE MEDICAL        UNSECURED      NOT FILED          .00             .00
BONAVENTURE MEDICAL        UNSECURED      NOT FILED          .00             .00
CAPITAL ONE                UNSECURED      NOT FILED          .00             .00
ACADEMY COLLECTION SERVI   NOTICE ONLY    NOT FILED          .00             .00
CARDIOVASCULAR MED ASSOC   UNSECURED      NOT FILED          .00             .00
THE CENTER FOR SPORTS      UNSECURED      NOT FILED          .00             .00
CITIBANK                   UNSECURED      NOT FILED          .00             .00
NES ILLINOIS INC           NOTICE ONLY    NOT FILED          .00             .00
COMCAST                    UNSECURED      NOT FILED          .00             .00
CRAFTERS CHOICE            UNSECURED      NOT FILED          .00             .00
ALLIED INTERSTATE          NOTICE ONLY    NOT FILED          .00             .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED          .00             .00
DR C KALENOWSKI            UNSECURED      NOT FILED          .00             .00
BONAVENTURE MEDICAL        NOTICE ONLY    NOT FILED          .00             .00
DR C KALENOWSKI            UNSECURED      NOT FILED          .00             .00
BONAVENTURE MEDICAL        NOTICE ONLY    NOT FILED          .00             .00
DUPAGE DENTAL CARE         UNSECURED      NOT FILED          .00             .00
ELGIN CARDIOLOGY           UNSECURED      NOT FILED          .00             .00
CERTIFIED SEERVICES INC    UNSECURED         485.09          .00             .00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 27402 FRANK MICHAEL WILLIAMS & DEBORAH DENISE WIILIAMS

```
CERTIFIED SERVICES INC   NOTICE ONLY    NOT FILED                     .00           .00
GROSSMAN                 UNSECURED      NOT FILED                     .00           .00
TRANSWORLD SYSTEMS       NOTICE ONLY    NOT FILED                     .00           .00
GROSSMAN                 UNSECURED      NOT FILED                     .00           .00
TRANSWORLD SYSTEMS       NOTICE ONLY    NOT FILED                     .00           .00
GROSSMAN                 UNSECURED      NOT FILED                     .00           .00
GROSSMAN                 UNSECURED      NOT FILED                     .00           .00
GROSSMAN                 UNSECURED      NOT FILED                     .00           .00
IPC OF ILLINOIS          UNSECURED      NOT FILED                     .00           .00
IPC OF ILLINOIS          UNSECURED      NOT FILED                     .00           .00
MIDWEST SPORTS MED & ORT UNSECURED      NOT FILED                     .00           .00
MRI OF CHICAGO           UNSECURED      NOT FILED                     .00           .00
THOMAS JOLAS PC          NOTICE ONLY    NOT FILED                     .00           .00
NEOPATH SC               UNSECURED      NOT FILED                     .00           .00
NEOPATH SC               UNSECURED      NOT FILED                     .00           .00
NEOPATH SC               UNSECURED      NOT FILED                     .00           .00
NEOPATH SC               UNSECURED      NOT FILED                     .00           .00
NEOPATH SC               UNSECURED      NOT FILED                     .00           .00
NEOPATH SC               UNSECURED      NOT FILED                     .00           .00
NORTHWEST COMMUNITY HOSP UNSECURED      NOT FILED                     .00           .00
QUEST DIAGNOSTICS        UNSECURED      NOT FILED                     .00           .00
AMCA                     NOTICE ONLY    NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
MERCHANT CREDIT GUIDE    NOTICE ONLY    NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
MERCHANT CREDIT GUIDE    NOTICE ONLY    NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
MERCHANT CREDIT GUIDE    NOTICE ONLY    NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
RADIOLOGICAL CON OF WOOD UNSECURED      NOT FILED                     .00           .00
SANDRA A SMITH DDS       UNSECURED         892.60                     .00           .00
SONIC PAYDAY             UNSECURED      NOT FILED                     .00           .00
SPRINT                   UNSECURED      NOT FILED                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED      NOT FILED                     .00           .00
PELLETTIERI & ASSOC      NOTICE ONLY    NOT FILED                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED      NOT FILED                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED      NOT FILED                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED      NOT FILED                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED        8615.89                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED      NOT FILED                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED      NOT FILED                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED      NOT FILED                     .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED      NOT FILED                     .00           .00
DEPENDON COLLECTION SERV NOTICE ONLY    NOT FILED                     .00           .00
```

```
ST ALEXIUS MEDICAL CENTE  UNSECURED       NOT FILED            .00              .00
SUBURBAN LUNG ASSOCIATES  UNSECURED       NOT FILED            .00              .00
US DEPT OF EDUCATION      UNSECURED        67494.12            .00              .00
VILLAGE OF HOFFMAN ESTAT  UNSECURED       NOT FILED            .00              .00
WEISS FAMILY CHIROPRATIC  UNSECURED       NOT FILED            .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,000.00                        2,000.00
TOM VAUGHN                TRUSTEE                                          2,647.90
DEBTOR REFUND             REFUND                                              53.09

       Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
    ------------------------------------------------------------------------
TRUSTEE                 50,862.90

PRIORITY                                              .00
SECURED                                         46,161.91
UNSECURED                                             .00
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                             2,647.90
DEBTOR REFUND                                       53.09
                        ---------------    ---------------
TOTALS                  50,862.90                50,862.90
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE